SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk - Washington Parish
22nd Judicial District Court
P.O. Box 607
Franklinton, LA 70361

15-7181 E(1) #6

A. Signature
X  Gavin McCain
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Gavin McCain

C. Date of Delivery
1/25/16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Priority Mail Express™
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7014 2120 0003 8730 0914

PS Form 3811, July 2013        Domestic Return Receipt

