UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERICK LEVON TOWNSEND | CIVIL ACTION |
| VERSUS | NO. 15-7181 |
| WARDEN BURL CAIN | SECTION: "E"(1) |

## O R D E R

    The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

    **IT IS ORDERED** that the federal application for habeas corpus relief filed by Erick Levon Townsend is **DISMISSED WITH PREJUDICE**.

    New Orleans, Louisiana this 21st day of June, 2016.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE